# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| In Re: | ) | CHAPTER 13 |
|  | ) |  |
|  | ) | CASE NO. 15-12447 |
| Mark E. Peterson | ) |  |
| Tina L. Peterson | ) | JUDGE PRICE SMITH |
|  | ) |  |
|  | ) | **MOTION REQUESTING AN** |
|  | ) | **EXPEDITED HEARING ON DEBTORS'** |
| Debtors | ) | **MOTION TO INCUR DEBT AND** |
|  | ) | **PURCHASE A VEHICLE** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

   Now come the debtor, Mark and Tina Peterson, by and through counsel, Brian K. Autero, and respectfully request that this Motion for an Expedited Hearing is granted. Debtors pray that their motion to incur debt and purchase a vehicle is heard on October 18, 2018 at 9:30A.M., in Room 2B at the U.S. Bankruptcy Court located at the Howard M. Metzenbaum Courthouse, 201 Superior Ave., Cleveland, Ohio. Debtors' vehicle is completely inoperable and they need a new vehicle for Mrs. Peterson to get to and from her new employment.

   Debtors pray this motion to expedite is granted.

                              Respectfully Submitted,

                              /s/ Brian K. Autero
                              Brian K. Autero (0077265)
                              Rauser & Associates
                              614 West Superior Avenue, Suite 950
                              Cleveland, Ohio 44113
                              Telephone: (216) 263-6200
                              Facsimile: (216) 263-6202
                              Attorney for Debtors

# CERTIFICATE OF SERVICE

I certify that on October 1, 2018, a true and correct copy of the motion was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List.

**Chapter 13 Trustee:**
Lauren A. Helbling, on behalf of the Chapter 13 Trustee's office at
ch13trustee@ch13cleve.com

**Debtor's Attorney:**
Brian K. Autero, on behalf of Debtors, at bautero@ohiolegalclinic.com

And by regular U.S. mail, postage prepaid, on:

**Debtors:**
Mark & Tina Peterson, Debtors, at 18408 Waterbury Ave., Maple Heights, OH 44137

**Dealership:**
Ganley Lincoln of Middleburg Heights at 6930 Pearl Rd., Middleburg Heights, OH 44130

/s/ Brian K. Autero
Brian K. Autero (0077265)
Rauser & Associates
614 West Superior Avenue, Suite 950
Cleveland, Ohio 44113
Telephone: (216) 263-6200
Facsimile: (216) 263-6202
bautero@ohiolegalclinic.com
Attorney for Debtors